# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Dean Jones, et al., | No. CV-15-00215-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Loan Correspondents Incorporated, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to File Motion for Substitution of a Real Party in Interest Under FRCP 17(a). (Doc. 28.) The Court dismissed Plaintiffs' complaint on May 5, 2015, after finding that "to the extent the claims are brought by Southwest Property Group, they must be brought by counsel, and, to the extent they are brought by Lavine and the Joneses, they fail to state a claim upon which relief can be granted." (Doc. 27 at 6.) There currently is no complaint before the Court, and this case has been closed. Accordingly,

**IT IS ORDERED** that Plaintiffs' motion, (Doc. 28), is **DENIED**.

Dated this 30th day of June, 2015

Douglas L. Rayes
United States District Judge